**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-80893-CIV-ALTMAN/Brannon**

**LAURA LOOMER**,

    Plaintiff,

v.

**FACEBOOK, INC.**,

    Defendant.

_____/

**ORDER OF RECUSAL**

The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers the matter to the Clerk of Court for permanent reassignment in accordance with 28 U.S.C. § 455.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of July 2019.

                                                                       **ROY K. ALTMAN**
                                                                       **UNITED STATES DISTRICT JUDGE**

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge __Rodney Smith_____**.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

_____**19-cv-80893-RS**_____

**BY ORDER** of the Court this __11th_____ day of July 2019.

ANGELA E. NOBLE
Clerk of Court

By:

_/s/ Bryan J. McGuinness_____

copies provided to:
counsel of record
Clerk of Court