THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80893-CIV-SMITH

LAURA LOOMER,

           Plaintiff,

v.

FACEBOOK, INC.,

           Defendant.
_____/

## MOTION FOR EXTENSION OF TIME

    Plaintiff Laura Loomer hereby moves this Court for a 14-day extension of time, until and including October 15, 2019 to file a response to Defendant's (1) Motion to Dismiss and (2) Motion to Transfer Venue. The reason for this request is that counsel for Plaintiff has recently had exigent personal circumstances that have required much of his time and attention, as well as having had to travel extensively for other client matters.

    Counsel for Defendant Facebook consents to Plaintiff's request on the condition that they receive an extension of time until and including October 29, 2019 to file any reply. Plaintiff consents to this as well.

Dated: September 27, 2019                      Respectfully Submitted,

                                                      s/ Larry Klayman_____

                                                      Larry Klayman, Esq.
                                                      KLAYMAN LAW GROUP P.A.
                                                      7050 W. Palmetto Park Rd #15-287
                                                      Boca Raton FL 33433
                                                      Tel: (561) 558-5536
                                                      Email: leklayman@gmail.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on September 27, 2019

*/s/ Larry Klayman*
Larry Klayman, Esq.

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80893-CIV-SMITH

LAURA LOOMER,

        Plaintiff,

v.

FACEBOOK, INC.,

        Defendant.
_____/

**PROPOSED ORDER GRANTING MOTION FOR EXTENSION OF TIME**

    Plaintiff Laura Loomer's Motion for Extension of Time is hereby GRANTED. Any response to Defendant's Motion to Dismiss and Motion to Transfer Venue is due on October 15, 2019. Any replies thereto are due on October 29, 2019.


Date: _____          _____

3