UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80893-CIV-SMITH

LAURA LOOMER,

    Plaintiff,
vs.

FACEBOOK, INC.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court *sua sponte*. On August 30, 2019, the Court issued its Order of Referral to Mediation [DE 22], requiring the parties to file their Notice of Scheduling Mediation by January 3, 2020. A review of the record indicates that the parties have failed to comply with the Court's Order of Referral to Mediation. Accordingly, it is

**ORDERED** that on or before **January 17, 2020** the parties shall file their Notice of Scheduling Mediation or show cause why they should not be sanctioned for failing to comply with a Court order. Failure to timely respond to this Order may result in dismissal of this case without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of January, 2020.

                                        **RODNEY SMITH**
                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record