# EXHIBIT 1



Dina James <daj142182@gmail.com>

## Loomer v. Facebook

**Larry Klayman** <leklayman@gmail.com>  
To: Dina James <daj142182@gmail.com>

Thu, Jan 16, 2020 at 12:49 PM

---------- Forwarded message ---------
From: **Larry Klayman** <leklayman@gmail.com>
Date: Tue, Jan 14, 2020 at 1:41 PM
Subject: Fwd: Loomer v. Facebook
To: Handman, Laura <laurahandman@dwt.com>
Cc: Dina James <daj142182@gmail.com>, Oliver Peer <oliver.peerfw@gmail.com>, Schary, Alison <AlisonSchary@dwt.com>, Kelly, Chelsea <ChelseaKelly@dwt.com>, Brian W. Toth <btoth@gsgpa.com>, Natalie Bedoya McGinn <nmcginn@gsgpa.com>

Please provide an affirmative response today without further delay or we will have to move the court to set the mediation date and the mediator.

Larry Klayman

---------- Forwarded message ---------
From: **Larry Klayman** <leklayman@gmail.com>
Date: Mon, Jan 13, 2020 at 1:22 PM
Subject: Loomer v. Facebook
To: Handman, Laura <laurahandman@dwt.com>
Cc: Dina James <daj142182@gmail.com>, Oliver Peer <oliverpeerfw@gmail.com>

Ms. Handman:

On behalf of Ms. Loomer, plaintiff, we would agree to Pamela Perry who is on the list of court certified mediators.

She has worked with you local counsel before as a mediator.

She is available on Jan. 28 and 29, 2020 and will charge a rate of $300 per hour to each party.

Let me know your agreement asap, as the Court obviously wants us to proceed expeditiously.

Larry Klayman



Dina James <daj142182@gmail.com>

## Re: Loomer v. Facebook -- mediation
3 messages

---

**Larry Klayman** <leklayman@gmail.com>  
To: "Brian W. Toth" <btoth@gsgpa.com>  
Cc: Oliver Peer <oliver.peerfw@gmail.com>, Dina James <daj142182@gmail.com>

Thu, Jan 16, 2020 at 7:38 AM

THIS IS NOT APPROPRIATE. IT'S JUST INTENTIONAL DELAY THAT DOES NOT COMPORT WITH THE INTENT OF THE COURT'S ORDER AND COMMON SENSE. WE WILL FILE A MOTION WITH THE COURT ADVISING IT OF THE IMPASSE ON TIMING AND DEFENDANT'S OBVIOUS MOTIVATION TO DELAY.

THE MEDIATOR IS AVAILABLE MUCH SOONER, AND I HAVE COMMUNICATED WITH HER ABOUT THIS.

LARRY

On Thu, Jan 16, 2020 at 7:18 AM Brian W. Toth <btoth@gsgpa.com> wrote:

> Larry,
>
> I conferred internally about mediating by February 14. We're not available to do so by then. That said, we and the client are available the week of March 23-27. I also reached out to the mediator and her assistant last night, and the mediator is available for that week, too.
>
> Please let's agree on that week – which is the midpoint between the dates you suggested (late January, first week of February) and those we originally suggested (first May 4, and then April 13-17). The Court of course would prefer that we compromise on this issue.
>
> Please let me know as soon as you can so we can nail this down. We can draft the notice and proposed order for your review.
>
> Best,
>
> Brian W. Toth
>
> **Gelber Schachter & Greenberg, P.A.**
>
> 1221 Brickell Avenue
>
> Suite 2010
>
> Miami, Florida 33131-3224
>
> Direct: (305) 728-0965
>
> Main: (305) 728-0950
>
> Fax: (305) 728-0951