# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

LAURA LOOMER,

        *Plaintiff*,

v.

FACEBOOK, INC.,

        *Defendant*.

Case No. 9:19-cv-80893-RS

The Honorable Rodney Smith

## DEFENDANT FACEBOOK, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO NOTICE REGARDING SCHEDULING MEDIATION

Defendant Facebook, Inc. ("Facebook") hereby submits a brief reply in order to clarify a few points raised in Plaintiff Laura Loomer's Response to Facebook's Notice Regarding Scheduling Mediation [ECF No. 35] ("Response"). Namely, Plaintiff's Response suggests that Facebook's counsel gave Plaintiff's counsel "the misleading impression" that the parties' agreed-upon mediator, Pamela Perry, was not available earlier than Facebook's proposed mediation dates in April. *Id.* at 1. This is untrue. Facebook's counsel never made any representations as to when Ms. Perry was not available; they merely proposed some alternative dates when both she and they were available.

Facebook is attaching as Exhibits 1-3 all of the e-mail correspondence between Facebook's counsel and Plaintiff's counsel regarding scheduling mediation, so the Court may have access to the full set of facts. As demonstrated in these exhibits, Plaintiff's statement in its Response that Facebook's counsel did not offer any mediation dates prior to May 4, 2020 until Plaintiff's counsel threatened to seek Court intervention, is false. Facebook's counsel has always endeavored to confer in good faith to schedule mediation prior to the Court's deadline, as evidenced by their numerous attempts to reach a compromise with Plaintiff's counsel on this issue.

Dated:  January 17, 2020						Respectfully submitted,

												s/Brian W. Toth
												GELBER SCHACHTER & GREENBERG, P.A.
												Brian W. Toth
												Florida Bar No. 57708
												Natalia B. McGinn
												Florida Bar No. 1011385
												1221 Brickell Avenue, Suite 2010
												Miami, Florida 33131
												Phone: (305) 728-0965
												btoth@gsgpa.com
												nmcginn@gsgpa.com

												DAVIS WRIGHT TREMAINE LLP
												Laura R. Handman*
												Alison Schary*
												Chelsea T. Kelly*
												1919 Pennsylvania Avenue, N.W.
												Suite 800
												Washington, DC 20006
												Phone: (202) 973-4224
												laurahandman@dwt.com
												alisonschary@dwt.com
												chelseakelly@dwt.com

												*Admitted pro hac vice

												Counsel for Defendant Facebook, Inc.

.