# EXHIBIT 1

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Monday, January 13, 2020 12:01 PM
**To:** Handman, Laura <laurahandman@dwt.com>
**Cc:** Dina James <daj142182@gmail.com>; Oliver Peer <oliver.peerfw@gmail.com>
**Subject:** Re: Loomer v. Facebook: scheduling mediation

**[EXTERNAL]**

I was attempting to edit this email and it was send prematurely.

What else I wanted to say is that if you know of mediators who are not close to your local counsel let us know. Given our past experience we cannot agree to someone who is in the hip pocket of local counsel. So were are looking for a non-politicized and independent mediator with the prospect of having a real mediation to try to settle the case. This obviously would save time and expense for everyone, including the Court most importantly.

Thus far, we have not experienced this approach from you, although with others in your firm, such as in the Laura Luhn case,  we have on occasion been able to find common ground with for the mutual benefit of all.

Larry Klayman

On Mon, Jan 13, 2020 at 8:55 AM Larry Klayman <leklayman@gmail.com> wrote:


---------- Forwarded message ---------
From: **Larry Klayman** <leklayman@gmail.com>
Date: Mon, Jan 13, 2020 at 8:54 AM
Subject: Re: Loomer v. Facebook: scheduling mediation
To: Handman, Laura <laurahandman@dwt.com>


Ms. Handman:

Your proposed dates for mediation are not acceptable, as the Court -- which will not obviously not countenance  this apparent attempt to delay, which  we have seen in other cases.

The same is true for your proposed mediators, who we do not find acceptable  I will get back to you by cob tomorrow with our suggestions.

Sincerely,

Larry Klayman, Esq.

On Fri, Jan 10, 2020 at 3:07 PM Handman, Laura <laurahandman@dwt.com> wrote:

Larry,

As you may be aware, the Court issued an order this week, requiring the parties to file their Notice of Scheduling Mediation by January 17, 2020.  (*See* attached Order).  This notice must include the name of the mediator and the date, time, and place for the mediation—as set forth in the Court's earlier Order of Referral to Mediation.  *See* Dkt. 22 (also attached).   That same order also states that mediation must be completed by May 4, 2020.  In the spirit of moving this along, we propose any of the following dates for mediation:  April 27, 28, or 30 or May 4.  Of these, our preference is for May 4.  In addition, we also propose either of the following mediators—John Barkett or John Freud, both of whom are on the Southern District of Florida's certified mediator list.

Please let us know your position on these options by Tuesday, January 14 so that we can jointly file the Notice by January 17.  Have a good weekend.

Best,

Laura

**Laura R. Handman** | Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800 | Washington, DC 20006-3401
Tel: (202) 973-4224 | Fax: (202) 973-4499
and
1251 Avenue of the Americas, 21st Floor | New York, NY 10020-1104
Tel: (212) 489-8230 | Fax: (212) 489-8340
Email: laurahandman@dwt.com | Website: www.dwt.com
Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.