# **EXHIBIT 2**

**From:** Larry Klayman <leklayman@gmail.com>
**Date:** January 14, 2020 at 8:16:04 PM EST
**To:** "Handman, Laura" <laurahandman@dwt.com>
**Subject: Re:  Loomer v. Facebook**

**[EXTERNAL]**

YOU SUGGESTED SHE IS NOT AVAILABLE SOONER. SHE IS AVAILABLE AT THE END OF JANUARY AND EARLY FEBRUARY. THAT IS THE FALSEHOOD.

THE COURT WANTS US TO MOVE THIS ALONG WITHOUT DELAY.

LARRY KLAYMAN

On Tue, Jan 14, 2020 at 5:14 PM Handman, Laura <laurahandman@dwt.com> wrote:

Larry,
 I am not sure what you are referring to as a " falsehood ".
As I said in my prior email , the dates you initially suggested, do not work for us. We are available the week of April 13-17 and have confirmed Ms. Perry is as well.
 Please advise whether you are available for a mediation on any date that week.
 Laura
Sent from Laura Handman iPhone


On Jan 14, 2020, at 6:33 PM, Larry Klayman <leklayman@gmail.com> wrote:

**[EXTERNAL]**

This is a total falsehood.

She is available much sooner on Jan 28 and 29 and early February. I spoke with her yesterday.

I will be moving the court over your bad faith attempts to delay.

Here we go again....

Larry Klayman


On Tue, Jan 14, 2020, 3:09 PM Handman, Laura <laurahandman@dwt.com> wrote:
Larry,
 We heard back from Ms. Perry's office  and she is available any day the week of April 13-17, as are we.

Let us know if you and your client are available on any of those days. As you know, the court deadline for mediation is May 4 and these dates are well before the deadline.
Laura
Sent from Laura Handman iPhone

On Jan 14, 2020, at 5:24 PM, Handman, Laura <laurahandman@dwt.com> wrote:

Larry
We agree to Pamela Perry as the mediator but the dates you have suggested do not work for us.
We are checking on possible new dates and will get back to you tomorrow .
 The deadline to notify the court is Friday so there is no need for a resolution of the dates today.
 Laura
Sent from Laura Handman iPhone

On Jan 14, 2020, at 4:42 PM, Larry Klayman <leklayman@gmail.com> wrote:

**[EXTERNAL]**

Please provide an affirmative response today without further delay or we will have to move the court to set the mediation date and the mediator.

Larry Klayman

---------- Forwarded message ---------
From: **Larry Klayman** <leklayman@gmail.com>
Date: Mon, Jan 13, 2020 at 1:22 PM
Subject: Loomer v. Facebook
To: Handman, Laura <laurahandman@dwt.com>
Cc: Dina James <daj142182@gmail.com>, Oliver Peer <oliverpeerfw@gmail.com>

Ms. Handman:

On  behalf of Ms. Loomer, plaintiff, we would agree to Pamela Perry who is on the list of court certified mediators.

She has worked with you local counsel before as a mediator.

She is available on Jan. 28 and 29, 2020 and will charge a rate of $300 per hour to each party.

Let me know your agreement asap, as the Court obviously wants us to proceed expeditiously.

Larry Klayman