# **EXHIBIT 3**

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Thursday, January 16, 2020 10:39 AM
**To:** Brian W. Toth <btoth@gsgpa.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>; Dina James <daj142182@gmail.com>
**Subject:** Re: Loomer v. Facebook -- mediation

THIS IS NOT APPROPRIATE. IT'S JUST INTENTIONAL DELAY THAT DOES NOT COMPORT WITH THE INTENT OF THE COURT'S ORDER AND COMMON SENSE. WE WILL FILE A MOTION WITH THE COURT ADVISING IT OF THE IMPASSE ON TIMING AND DEFENDANT'S OBVIOUS MOTIVATION TO DELAY.

THE MEDIATOR IS AVAILABLE MUCH SOONER, AND I HAVE COMMUNICATED WITH HER ABOUT THIS.

LARRY

On Thu, Jan 16, 2020 at 7:18 AM Brian W. Toth <btoth@gsgpa.com> wrote:

Larry,

I conferred internally about mediating by February 14. We're not available to do so by then. That said, we and the client are available the week of March 23-27. I also reached out to the mediator and her assistant last night, and the mediator is available for that week, too.

Please let's agree on that week – which is the midpoint between the dates you suggested (late January, first week of February) and those we originally suggested (first May 4, and then April 13-17). The Court of course would prefer that we compromise on this issue.

Please let me know as soon as you can so we can nail this down. We can draft the notice and proposed order for your review.

Best,

Brian W. Toth

**Gelber Schachter & Greenberg, P.A.**

1221 Brickell Avenue

Suite 2010

Miami, Florida 33131-3224

Direct: (305) 728-0965

Main: (305) 728-0950

Fax: (305) 728-0951

btoth@gsgpa.com

www.gsgpa.com

CONFIDENTIALITY NOTICE:  The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.  Thank you.

**From:** Brian W. Toth
**Sent:** Wednesday, January 15, 2020 12:34 PM
**To:** leklayman@gmail.com
**Subject:** Loomer v. Facebook -- mediation

Good afternoon, Larry,

Hope all is well. I just gave you a call and left a message. I'm hoping we can agree on the mediation, since we have this Friday deadline, and I think it would be best and easier for both sides if we don't have to involve the court.

Please give me a call when you get a chance. (I have a call at 1 and at 3, but I'm otherwise generally around.)

Best,

Brian

Brian W. Toth

**Gelber Schachter & Greenberg, P.A.**

1221 Brickell Avenue

Suite 2010

Miami, Florida 33131-3224

Direct: (305) 728-0965

Main: (305) 728-0950

Fax: (305) 728-0951

btoth@gsgpa.com

www.gsgpa.com

CONFIDENTIALITY NOTICE:  The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.  Thank you.