IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LAURA LOOMER,<br><br>    Plaintiff<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case Number: 9:19-cv-80893-RS |

**NOTICE OF TAKING VIDEO TAPED DEPOSITION OF FACEBOOK, INC.
CORPORATE REPRESENTATIVE**

PLEASE TAKE NOTICE that Plaintiff Laura Loomer, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure will take the deposition of Defendant Facebook Inc.'s corporate representative(s) as to all matters known or reasonably available to Defendant relating to the matters identified in the addendum hereto, at the time and place indicated below:

Deponent: Corporate representative(s) of Facebook, Inc. on the topics identified in the addendum hereto

Dates: February 24, 2020

Time: 9:00 A.M.

Place: 2033 Gateway Place, 5th Floor
San Jose, CA 95110

This deposition will occur upon oral examination before a Notary Public or other officer authorized by law to take depositions. The oral examination will occur in front a videographer and will continue from day to day until completed. This deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under applicable Federal Rules of Civil Procedure.

1

2

Dated: February 13, 2020                                  Respectfully Submitted**,**

                                                                                  By: ___/s/ Larry Klayman_____
                                                                                  Larry Klayman, Esq.
                                                                                  Florida Bar No.: 246220
                                                                                  Klayman Law Firm
                                                                                  7050 W. Palmetto Park Rd, #15-287
                                                                                  Boca Raton, FL, 33433
                                                                                  Tel: 561-558-5536

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF TAKING DEPOSITON was filed with the Clerk of the Court using CM/ECF and was sent to Defendant Facebook' counsel of record via the Court's CM/ECF service as well as via email and on February 13, 2020

                                                                                  _/s/ Larry Klayman_____
                                                                                  Larry Klayman

## ADDENDUM

Designations

1. The facts and circumstances relating to any and all public statements made on behalf of Defendant Facebook relating to the ban of Plaintiff Loomer and others on or around May 2, 2019.

2. The facts and circumstances around Defendant Facebook designating Plaintiff Loomer as a "dangerous" individual.

3. The facts and circumstances around Defendant Facebook's "Community Standards."

4. The facts and circumstances around how Defendant Facebook designates an individual or organization as a "Dangerous Individual and/or Organization."

5. The facts and circumstances around a document titled "Facebook's Civil Rights Audit- Progress Report" which was published on or around June 30, 2019.

6. The facts and circumstances around the inclusion of Plaintiff Loomer in "Facebook's Civil Rights Audit- Progress Report" which was published on or around June 30, 2019 in the "Designated Hate Figures Enforcement" part.