**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

LAURA LOOMER,

        Plaintiff

  v.

FACEBOOK, INC.,

        Defendant.

**Case Number: 9:19-cv-80893-RS**

### NOTICE OF TAKING VIDEO TAPED DEPOSITION OF MARK ZUCKERBERG

PLEASE TAKE NOTICE that Plaintiff Laura Loomer, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure will take the deposition of Mark Zuckerberg at the time and place indicated below:

| | |
|---|---|
| Deponent: | CEO and Fouder of Defendant Facebook, Inc., Mark Zuckerberg |
| Dates: | February 24, 2020 |
| Time: | 2:00 P.M |
| Place: | 2033 Gateway Place, 5th Floor<br>San Jose, CA 95110 |

This deposition will occur upon oral examination before a Notary Public or other officer authorized by law to take depositions. The oral examination will occur in front a videographer and will continue from day to day until completed. This deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under applicable Federal Rules of Civil Procedure.

Date: February 13, 2020

        Respectfully Submitted**,**

        By: ___/s/ Larry Klayman_____

1

2

                                        Larry Klayman, Esq.
                                        Florida Bar No.: 246220
                                        Klayman Law Firm
                                        7050 W. Palmetto Park Rd, #15-287
                                        Boca Raton, FL, 33433
                                        Tel: 561-558-5536

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF TAKING DEPOSITON was filed with the Clerk of the Court using CM/ECF and was sent to Defendant Facebook' counsel of record via the Court's CM/ECF service as well as via email and on February 13, 2020

                                        _/s/ Larry Klayman_____
                                        Larry Klayman