UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-80893-SMITH

LAURA LOOMER,

    Plaintiff,

vs.

FACEBOOK, INC.,

    Defendant.
_____/

### ORDER REGARDING MEDIATION

THIS CAUSE is before the Court on the Defendant's Notice Regarding Scheduling Mediation [DE 33], Plaintiff's Response [DE 35], and Defendant's Reply [DE 36]. The parties cannot agree on a date for scheduling mediation. Upon consideration, it is

ORDERED THAT the parties' shall schedule mediation to take place sometime during the week of March 23-27, 2020 and shall file their Notice of Scheduling Mediation by **February 24, 2020.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 14th day of February, 2020.

                                                    RODNEY SMITH
                                                  UNITED STATES DISTRICT JUDGE

cc: Counsel of Record