THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80893-CIV-SMITH

LAURA LOOMER,

                Plaintiff,

v.

FACEBOOK, INC.,

                Defendant.
_____/

## REQUEST FOR TELEPHONIC STATUS CONFERENCE AND MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff Laura Loomer hereby respectfully requests that this Court issue an order extending the fact discovery deadline by a modest 91 days or until and including Monday, May 25, 2020. An order extending the fact discovery deadline would be prudent, as before significant resources are expended in this regard, which will entail travel out of the state for depositions, it would be time and cost efficient to determine whether this case can be settled pursuant to the Court's order of February 18, 2020 requiring the parties to undertake mediation before March 27, 2020. A date of March 26, 2020 for this mediation has been selected.

In sum, an order extending the discovery deadline for a modest period will allow for the parties to participate in mediation before having to expend significant resources for discovery.

Lastly, Plaintiff respectfully requests a telephonic status conference at the Court's convenience.

Defendants do not consent to this motion.

Dated: February 20, 2020                                          Respectfully Submitted,

                                                                                    s/ Larry Klayman

2

                                                                        Larry Klayman, Esq.
KLAYMAN LAW GROUP P.A.
7050 W. Palmetto Park Rd #15-287
Boca Raton FL 33433
Tel: (561) 558-5536
Email: leklayman@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on February 20, 2020

                                              */s/ Larry Klayman*
                                              Larry Klayman, Esq.