THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80893-CIV-SMITH

LAURA LOOMER,

        Plaintiff,

v.

FACEBOOK, INC.,

        Defendant.
_____/

**OPPOSITION TO MOTION FOR CORPORATE REPRESENTATIVE TO ATTEND MEDIATION TELEPHONICALLY OR BY VIDEOCONFERENCE**

Plaintiff opposes Defendant Facebook's Motion for Corporate Representative to Attend Mediation Telephonically or by Videoconference for the following reasons:

Mediation is intended to be conducted in person, in order that it has the best chance of success. Given that Defendant Facebook is valued at approximately $527.2 Billion Dollars, it can surely make one of its private jet aircraft available for its representative to attend mediation if this person is fearful of public transportation to South Florida. Previously Facebook attempted to convince this Court to cancel mediation, underscoring its motivation in suggesting that mediation not be conducted in person. Accordingly, this Court should respectfully issue an order requiring mediation in person in South Florida, where this lawsuit lies. Without Facebook's representative in person, mediation is likely to prove fruitless and a waste in time and money for the mediator, who is not inexpensive.

Dated: March 10, 2020                                                  Respectfully Submitted,

                                                                                    s/ Larry Klayman_____

2

Larry Klayman, Esq.<br>
KLAYMAN LAW GROUP P.A.<br>
7050 W. Palmetto Park Rd #15-287<br>
Boca Raton FL 33433<br>
Tel: (561) 558-5536<br>
Email: leklayman@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on March 10, 2020

/s/ Larry Klayman
Larry Klayman, Esq.
